IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| PLAINTIFF, | § § § | |
| vs. | § § | CIVIL ACTION NO. A09CA924-JN |
| TRITON FINANCIAL, LLC, TRITON ACQUISITION, LP, D/B/A TRITON INSURANCE, LP, and KURT B. BARTON, | § § § § § | |
| DEFENDANTS. | § | |

## ORDER TO APPEAR AND SHOW CAUSE

Came on for consideration this day the Receiver's Motion to Show Cause (the "Motion") filed by Receiver, Steven A. Harr, ("Receiver"). The Court finds that its orders as specified in the Motion have been violated, and, as such orders that the Motion be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Bill Sill Relators and William Sill as the representative of Bill Sill Relators appear before this Court on _____ _____, 2010, at \_\_\_\_\_ o'clock \_\_.m., before Judge James Nowlin. The purpose of this hearing is to determine whether Bill Sill Relators and William Sill should be held in civil contempt for violation of the Court's Agreed Order Appointing Receiver. Specifically, the Court will determine whether Bill Sill Relators and William Sill have failed to turn over Receivership Assets in violation of the orders of this Court.

**IT IS THEREFORE FURTHER ORDERED, ADJUDGED, AND DECREED** that the Receiver is hereby granted leave to present oral testimony at said hearing as to the expenses incurred by the Receiver as a result of Bill Sill Relators and William Sill's failure to comply, and

as to the expenses incurred by the Receiver in prosecuting this Motion, which evidence the Court shall consider in determining appropriate sanctions.

SIGNED THIS ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

**<u>ORDER TO APPEAR AND SHOW CAUSE</u> -- Page 2**

MHDocs 2586836_1 4856.11