IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 JUL 14  PM 2:25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION § § § | CAUSE NO. 1:09-CV-924 |
| Plaintiff § § § | |
| V. § § | |
| TRITON FINANCIAL, L.L.C., § TRITON ACQUISITION, L.P., d/b/a § TRITON INSURANCE, L.P., and § KURT B. BARTON § | |
| Defendants § | |

## ORDER

Before this Court in the above-entitled and styled cause of action is Receiver's Motion to Show Cause (the "Motion") filed by Receiver, Steven A. Harr ("Receiver") (Clerk's Dkt. No. 27). After reviewing the applicable record, the Court finds that Receiver's Motion will be **GRANTED** in part and **DENIED** in part.

Receiver's Motion is **GRANTED** insofar as it seeks to compel response by Bill Sill Relators and William Sill as the representative of Bill Sill Relators.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Bill Sill Relators and William Sill as the representative of Bill Sill Relators shall **BRIEF** the Court by **Friday, August 6, 2010** regarding Receiver's allegations that Bill Sill Relators and William Sill have not complied with the Court's orders referenced in Receiver's Motion to Show Cause.

Receiver's Motion is **DENIED** insofar as it seeks declaration that any preexisting Court orders have been violated.

SIGNED this 14TH day of July, 2010.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE