FILED
2011 FEB -7 PM 12:02
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| PLAINTIFF, | § § § | |
| vs. | § § | CIVIL ACTION NO. A09CA924-JN |
| TRITON FINANCIAL, LLC, TRITON ACQUISITION, LP, D/B/A TRITON INSURANCE, LP, and KURT B. BARTON, | § § § § § | |
| DEFENDANTS. | § § | |

## ORDER APPROVING RECEIVER'S UNOPPOSED SECOND MOTION TO APPROVE CLAIMS

CAME ON for consideration the Receiver's Unopposed Second Motion to Approve Claims, and the Court, finding the Motion to be well-taken, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Receiver's Unopposed Second Motion to Approve Claims is GRANTED and that the claims identified by claim number and attached to the Motion are approved as claims against the receivership estate in the stated amounts.

SIGNED this 7th day of FEB., 2011.

THE HONORABLE JAMES NOWLIN,
UNITED STATES DISTRICT JUDGE

MHDocs 2985504_1 4856.11

ORDER APPROVING UNOPPOSED SECOND MOTION TO APPROVE CLAIMS

| Claim # | Investor ID# | Approved Claim Amount |
|---|---|---|
| 1 | i000450 | $ 20,000.00 |
| 26 | i000358 | $ 50,000.00 |
| 113 | i000375 | $ 50,000.00 |
| 114 | i000311 | $ 49,000.00 |
| 149 | i000377 | $ 24,863.89 |
| 277 | i000319 | $ 49,500.00 |
| 301 | i000312 | $ 34,650.00 |
| 302 | i000326 | $ 49,500.00 |
| 303 | i000317 | $ 49,500.00 |
| 307 | i000452 | $ 30,000.00 |
| 308 | i000440 | $ 25,000.00 |
| 309 | i000402 | $ 26,000.00 |
| 310 | i000359 | $ 49,500.00 |
| 312 | i000313 | $ 34,300.00 |
| 313 | i000100 | $ 39,600.00 |
| 331 | i000314 | $ 29,700.00 |
| 353 | i000310 | $ 49,500.00 |
| 354 | i000413 | $ 35,000.00 |
| 361 | i000360 | $ 49,500.00 |
| 383 | i000448 | $ 50,000.00 |
| 384 | i000327 | $ 49,500.00 |
| 397 | i000320 | $ 49,000.00 |
| 407 | i000370 | $ 49,622.00 |
| 415 | i000084 | $ 49,500.00 |
| 446 | i000318 | $ 99,000.00 |
| 465 | i000461 | $ 75,000.00 |
| 476 | i000355 | $ 350,000.00 |
| 479 | i000419 | $ 42,000.00 |
| 509 | i000315 | $ 49,500.00 |
| 549 | i000255 | $ 99,000.00 |
| 610 | i000459 | $ 101,000.00 |
| 624 | i000439 | $ 55,000.00 |
| 655 | i000460 | $ 25,000.00 |
| 669 | i000410 | $ 50,000.00 |
| 674 | i000417 | $ 25,000.00 |
| 362-363 | i000369 | $ 24,809.67 |
| 408-410 | i000362 | $ 51,491.78 |
| 80-81 | i000350 | $ 97,261.99 |



EXHIBIT A