IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 FEB -7 PM 12: 02
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 1:09-CA-924-JN |
| TRITON FINANCIAL, LLC, TRITON ACQUISITION, LP, D/B/A TRITON INSURANCE, LP and KURT B. BARTON, | § § § § | |
| Defendants | § | |

## ORDER DISMISSING AD VALOREM TAX CLAIMS

The Claim of Round Rock Independent School District for Delinquent Ad Valorem Taxes Owing on the Swanee Lofts d/b/a Howard Lane Commercial Property in Travis County, Texas (Document #80) is DISMISSED as moot because those taxes have been paid. It is further ORDERED that Kent M. Rider's name be removed from the electronic filing notification list in this case.

SIGNED on February 7th, 2011.

_____
UNITED STATES DISTRICT JUDGE